UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-80968-RLR

PATRICK GLOVER,

    Plaintiff,

vs.

PALM BEACH STATE COLLEGE,

    Defendant.

_____

## NOTICE OF APPEARANCE

Defendant, Board of Trustees of Palm Beach State College (improperly sued as "Palm Beach State College"), hereby gives notice of Rumberger, Kirk & Caldwell, A Professional Association, Suzanne A. Singer, and David A. Acosta as its counsel herein.

Dated this 1st day of August, 2019.  Respectfully submitted,

    <u>s/ Suzanne A. Singer</u>
SUZANNE A. SINGER
Florida Bar No.:  0946222
ssinger@rumberger.com
DAVID ACOSTA
Florida Bar No.:  112344
dacosta@rumberger.com (primary)
RUMBERGER, KIRK, & CALDWELL, P.A.
A Professional Association
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the Clerk of Court and via Florida e-Filing Portal to the following, this 1st day of August, 2019.

Michael J. Pike, Esq.
Daniel Lustig, Esq.
Pike & Lustig, LLP
1209 N. Olive Avenue
West Palm Beach, FL 33401
Tel: 561-855-7585
Fax: 561-855-7710
pleadings@pikelustig.com

**(Counsel for Plaintiff)**

*s/ Suzanne A. Singer*
SUZANNE A. SINGER
Florida Bar No.: 0946222
ssinger@rumberger.com
DAVID ACOSTA
Florida Bar No.: 112344
dacosta@rumberger.com (primary)
RUMBERGER, KIRK, & CALDWELL, P.A.
A Professional Association
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
*Attorneys for Defendant*

3

12590307.v1