UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 19-80968-CIV-REINHART

PATRICK GLOVER,

                Plaintiff,

v.

PALM BEACH STATE COLLEGE,

                Defendant.
_____/

## ORDER SETTING
## DISCOVERY STATUS CONFERENCE

**THIS CAUSE** comes before this Court upon the parties' consent to Magistrate Judge jurisdiction over the final disposition of this case. It is hereby **ORDERED AND ADJUDGED** as follows:

Pro Se Plaintiff and Defense Counsel shall appear before this Court on **January 7, 2021 at 2:00 p.m.** at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida, 33401, for a final discovery status conference before Magistrate Judge Bruce Reinhart. Plaintiff and defense counsel may appear telephonically for the pretrial conference by using the following conference call instructions: Dial 1-888-557-8511; Enter access code 4098267#; and Enter security code 1234#.

**ONE WEEK IN ADVANCE** of this conference, Pro Se Plaintiff and Defense Counsel shall file a **joint discovery status report** which addresses the following:

    a.) what discovery has been propounded by each party;

    b.) whether the discovery requests have been answered;

c.) the status of depositions, including:

1. the number of depositions already taken;

2. the number of remaining depositions and whether they have been scheduled; and

3. an explanation of any delay in scheduling the remaining depositions;

d.) the status of expert disclosures;

e.) whether there are any outstanding discovery disputes;

f.) whether the parties believe that a discovery status conference is needed; and

g.) whether the parties can certify that all discovery will be completed by the discovery deadline.

**DONE and ORDERED** in Chambers on May 8, 2020, at West Palm Beach in the Southern District of Florida.

*[signature]*

BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE