UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No: 19-80968-CIV-REINHART

PATRICK GLOVER,

        Plaintiff,

v.

PALM BEACH STATE COLLEGE,

        Defendant.

_____/

## NOTICE OF APPEARANCE BY COUNSEL
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Matthew A. Goldberger, Esq., of the firm Matthew A. Goldberger, P.A., hereby gives notice of his appearance as counsel for Plaintiff Patrick Glover and hereby requests that all future pleadings, notices and correspondence be served upon the undersigned.

Dated: June 1, 2020                                Respectfully submitted,

                                                    */s/ Matthew A. Goldberger*
                                                    MATTHEW A. GOLDBERGER, ESQ,
                                                    Florida Bar No. 119897
                                                    MATTHEW A. GOLDBERGER, P.A.
                                                    1555 Palm Beach Lakes Blvd., Suite 1400
                                                    West Palm Beach, Florida 33401
                                                    Tel: (561) 659-8337; Fax: (561) 284-8938
                                                    matthew@goldbergerfirm.com
                                                    service@goldbergerfirm.com

                                                    *Attorney for Plaintiff Patrick Glover*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on June 1, 2020 on all counsel or parties of record on the Service List below..

By: */s/ Matthew A. Goldberger*
Matthew A. Goldberger, Esq.
Florida Bar No.: 119897

<u>**SERVICE LIST**</u>
*Patrick Glover v. Palm Beach State College*
**Case No: 19-80968-CIV-REINHART**

**David Acosta, Esq.**
Rumberger, Kirk & Caldwell, P.A.
80 SW 8th St.
Suite 3000
Miami, FL 33130
LAW OFFICES OF J. CHRISTOPHER NORRIS
9130 South Dadeland Blvd., Suite 1520
Miami, Florida 33156
dacosta@rumberger.com

**Suzanne Ashelle Singer, Esq.**
Rumberger, Kirk & Caldwell, P.A.
80 SW 8th St.
Suite 3000
Miami, FL 33130
LAW OFFICES OF J. CHRISTOPHER NORRIS
9130 South Dadeland Blvd., Suite 1520
Miami, Florida 33156
ssinger@rumberger.com

*Counsel for Defendant District Board of Trustees of Palm Beach State College*

**Mr. Patrick Glover**
219 NW 10th Ave.
Delray Beach, FL 33444
*Plaintiff*