UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No: 19-80968-CIV-REINHART

PATRICK GLOVER,

        Plaintiff,

v.

PALM BEACH STATE COLLEGE,

        Defendant.
_____/

## PLAINTIFF'S NOTICE OF SERVING PROPOSAL FOR SETTLEMENT TO DEFENDANT

    Plaintiff, PATRICK GLOVER, by and through undersigned counsel, hereby gives notice that a Proposal for Settlement has been served upon the Defendant BOARD OF TRUSTEES OF PALM BEACH STATE COLLEGE, in accordance with Florida Statute Section 768.79 on the date set forth in the certificate of service below.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 28, 2020, a true and correct copy of the foregoing *Plaintiff's Notice of Serving Proposal for Settlement to Defendant* was served by CM/ECF and electronically served to all counsel on the attached Service List.

        Respectfully submitted,

        */s/ Matthew A. Goldberger*
        MATTHEW A. GOLDBERGER, ESQ,
        Florida Bar No.  119897
        MATTHEW A. GOLDBERGER, P.A.
        1555 Palm Beach Lakes Blvd., Suite 1400
        West Palm Beach, Florida 33401
        Tel: (561) 659-8337; Fax: (561) 284-8938
        matthew@goldbergerfirm.com
        service@goldbergerfirm.com
        *Attorney for Plaintiff Patrick Glover*

## SERVICE LIST
*Patrick Glover v. Palm Beach State College*
Case No: 19-80968-CIV-REINHART

**David Acosta, Esq.**
Rumberger, Kirk & Caldwell, P.A.
80 SW 8th St.
Suite 3000
Miami, FL 33130
dacosta@rumberger.com

**Suzanne Ashelle Singer, Esq.**
Rumberger, Kirk & Caldwell, P.A.
80 SW 8th St.
Suite 3000
Miami, FL 33130
ssinger@rumberger.com

*Counsel for Defendant District Board of Trustees of Palm Beach State College*

**Mr. Patrick Glover**
219 NW 10th Ave.
Delray Beach, FL 33444
*Plaintiff*